# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT FOR DEIVIN ESCALANTE AND CRYSTAL ESCALANTE

I, Richard B. Rogers, being duly first sworn, depose and say:

1. I, Richard B. Rogers, (hereinafter referred to as "affiant"), depose and state that I am a Special Agent with Homeland Security Investigations (HSI) and have been so employed since March 2003, with the inception of Immigration and Customs Enforcement. I am currently assigned to the HSI Birmingham, Alabama where my duties include investigating violations of Titles 8, 18, 19, 21 and 31 of the United States Code. I am a "Federal Law Enforcement Officer" within the meaning of Rule 41(a) of the Federal Rules of Criminal Procedure and authorized to investigate violations of laws of the United States and execute warrants issued under the authority of the United States. I am a graduate of the Federal Law Enforcement Training Center and have received training in Federal criminal statutes, search, seizure and arrest authority, and many other facets of law enforcement. Prior to my employment with HSI, I was a Special Agent with the former Immigration and Naturalization Service, beginning as such in May 1999. I have extensive knowledge in the application of Immigration law and the Federal statutes governing the same. I am familiar with the circumstances of this investigation and this application.

2. I submit this affidavit in support of a criminal complaint based on information known to me personally and information I have learned from other

members of law enforcement and/or lay witnesses.  This affidavit does not contain all the information that I know regarding this matter.

3.     On July 23, 2018, HSI Birmingham, Alabama, was provided with information by an employee at Mar-Jac Poultry AL processing plant located in Jasper, Alabama, concerning Crystal Escalante.  Crystal Escalante, now known as Grand Family Enterprises, LLC (hereafter referred to as GFE) has a contract with Mar-Jac to provide workers throughout the Mar-Jac Poultry AL processing operation.  The contracts between Mar-Jac and Crystal Escalante have been obtained by HSI. The contract with Mar-Jac Poultry AL provides that Crystal Escalante will provide workers "legally authorized to work in the United States." The contract also states Crystal Escalante will "maintain all appropriate records and documents confirming the identity and work authorization of its employees as required by law." The contract further states Crystal Escalante will utilize E-Verify, a web-based program administered jointly by the Department of Homeland Security and the Social Security Administration, to verify the eligibility and work authorization for employment in the United States of its employees. Crystal Escalante, CEO of GFE, enrolled in E-Verify on April 10, 2018, and has had the ability to verify workers in the system since that date. The information from Mar-Jac concerned the hiring of undocumented foreign nationals by Crystal Escalante.  According to the Alabama Secretary of State, the business titled The Grand Family Enterprise, LLC was

2

registered on February 7, 2019, with a listed agent of Crystal Escalante. These records also indicate that the business is located at ███ █ ██████, Haleyville, Alabama. This is also the address listed within the vehicle registration of several white passenger vans. Through further investigation and as set forth herein, agents have learned that Crystal and her husband Deivin Escalante are currently hiring undocumented foreign nationals through their business, GFE, and providing this workforce to Mar-Jac Poultry AL, located at ███ █ ██████████, Jasper, Alabama 35501.

4. Along with the business residence, several vehicles including white passenger vans have been identified throughout the course of the investigation as being owned by Crystal ESCALANTE and Deivin ESCALANTE and GFE. Through surveillance efforts, agents have identified that these white passenger vans have been utilized by GFE to transport undocumented foreign nationals to and from their homes to their employment at Mar-Jac Poultry. Several of the passenger vans are registered to Crystal or Deivin ESCALANTE at the business address in Haleyville.

5. Agents have also obtained bank records for bank accounts utilized by Crystal and Deivin Escalante, and GFE to facilitate their enterprise in the hiring, payment and transportation of the undocumented workers.

6.	On May 15, 2019, ICE Deportation Officers unexpectedly encountered Crystal ESCALANTE during an enforcement operation. On this date, ICE Deportation Officers were conducting surveillance at a residence located at ███ ██, in Haleyville, Alabama, in an attempt to locate a target of an investigation. The subject, S███ L█████████, native and citizen of Guatemala was previously determined to be unlawfully present in the United States. While conducting the surveillance, officers observed a white ford van pull into the driveway of the residence. Officers then observed L█████ exit the residence and enter the van. Officers conducted a traffic stop of the van. During the stop, ICE officers encountered L█████ in the van as well as one other subject who had also been previously identified as being unlawfully present in the United States. Before officers could ascertain the identity of any of the other passengers, a second vehicle arrived, driven by Crystal ESCALANTE. ESCALANTE approached the traffic stop and engaged officers, on her own volition. She was free to leave and was not the subject of the traffic stop or detention. ESCALANTE asked ICE officers why the van was stopped. Without being questioned, she told officers that the van belonged to her and all occupants of the van were her employees. Officers advised her that at least two of the occupants identified were subjects previously identified as being unlawfully present in the United States. ESCALANTE told officers that they were "just here to work". During the encounter, one of the two unlawfully present

subjects told ICE officer Purdy that he worked for Crystal ESCALANTE and that he transported subjects to the Mar-Jac Poultry AL facility in Jasper, Alabama.

7. On January 15, 2020, Special Agent Richard B. Rogers conducted surveillance at the location of Mar-Jac Poultry AL, located at ███ ██ ██████████, Jasper, Alabama. The facility operates on a 24-hour shift rotation. During surveillance, SA Rogers observed four vans enter the parking lot between 9:30 PM and 10:00 PM. Each van unloaded approximately 8-12 Hispanic subjects. Vehicle tags for each of the vans are registered to Deivin and Crystal ESCALANTE and are listed as follows:

    a. Alabama Tag: 2895BB4 a 2013 Ford E-350 passenger van registered to C██ T█████.

    b. Alabama Tag: 67BJ357, a white 2006 Ford E-350 passenger van registered to Deivin Escalante.

    c. Alabama Tag: 67BN818, a white 2005 Chevy Express passenger van registered to Crystal Escalante.

    d. Alabama Tag: 67BS364, a white 2017 Ford Transit passenger van registered to Deivin Escalante.

8. On February 14, 2020, at approximately 7:30 AM, Special Agents Bobby Ray Smith and Waylon Hinkle conducted surveillance at Mar-Jac Poultry AL

in Jasper, Alabama. Agents observed two white vans parked in the parking lot of the business. Between the hours of 7:30 AM and 8:00 AM, agents observed several Hispanic males emerge from the Mar-Jac Poultry AL business and enter both white vans. The vans are listed as follows:

    a.    Alabama Tag 67BS364, a white 2017 Ford Transit registered to Deivin Escalante.

    b.    Alabama Tag 2895BB4, a white 2004 Ford Econovan registered to C▮ T▮.

Agents followed the vans when they departed Mar-Jac Poultry AL. SA Hinkle followed one of the vans as it stopped at multiple addresses in Tuscaloosa and Northport. SA Hinkle observed Hispanic individuals exit the van and enter residences.

    9.    On February 19, 2020, HSI Special Agent Hinkle conducted surveillance at Mar-Jac Poultry AL, located in Jasper, Alabama. During the surveillance, SA Hinkle witnessed three white vans parked in the parking lot.

    a.    Alabama Tag: 67BS364, a white 2017 Ford Transit registered to Deivin Escalante.

    b.    Alabama Tag: 67BN818 a 2005 Chevrolet passenger van registered to Crystal Escalante.

  c. Alabama Tag: 67BJ357, a white 2006 Ford Econovan registered to Deivin Escalante.

At approximately 7:45 AM, SA Hinkle witnessed multiple Hispanic males exiting the Mar-Jac Poultry AL building. These subjects entered the above listed vans, which then departed the premises at approximately 8:10 AM. Further surveillance conducted by HSI agents witnessed the vans exit the Mar-Jac property and travel to a nearby Chevron gas station. All three vans parked at the fuel pumps and obtained gas. One Hispanic male was witnessed paying for the fuel for all three vans.

  10. On February 19, 2020, a white Ford Econoline van bearing Alabama Tag 67BL601, was the subject of a routine traffic stop conducted by Jasper, Alabama Police Department. Through verification by HSI Special Agent Richard B. Rogers, the driver, A████ J████████████ who is a native and citizen of Mexico, was determined to be unlawfully present in the United States. The passenger, Deivin ESCALANTE, claimed he owned the van; however, the tag was found to be registered to his wife, Crystal ESCALANTE. Agents conducted a further interview of J████████, who stated that he was working at GFE under the name C████ A████ R████████ and had been provided with a social security number (ending in 8625). J████████ stated that this name and social security number were provided to him by Deivin ESCALANTE to use for work. Also located in J████████'s possession was a Traders & Farmers Bank debit card displaying the name "Grand Family

Enterprise" and "Deivin M. ESCALANTE VA". J▮▮▮▮ stated that he and his boss Deivin ESCALANTE were on their way to purchase some windows and doors for a remodeling job. He stated that he remodels houses for Deivin ESCALANTE. He was given the visa debit card the day before to put gas in the van. The van is registered to Crystal Escalante.

11. On March 2, 2020 HSI agents conducted surveillance at ▮▮▮ ▮▮▮, Haleyville, AL. This is the location on record with the Alabama Secretary of State as being the address registered to the business Grand Family Enterprises LLC. During the surveillance, agents utilized a reliable confidential source of information cooperating with HSI along with electronic surveillance methods. An HSI agent witnessed the source encounter three Hispanic males at the address. When the source inquired about work, one of the Hispanic males wrote down a name and number for the source to call for employment. The name provided was "David Escalante 205-▮▮▮▮". Two additional numbers were written down on the paper for the source: "334-▮▮▮▮ and 205-▮▮▮▮. During the remainder of the conversation between the source and the three Hispanic males, a white Toyota 4Runner displaying Alabama tag "CRYST4L" arrived at the location, driven by a white female. The white female identified herself to the source as "Crystal Escalante". The source told Crystal that he was looking for work. Crystal told the source that she thought they could find work for him, but the source would have to

speak to her husband, Deivin Escalante. Crystal told the source to call Deivin and gave the source a card. The card had the following information listed:

>The Grand Family Enterprise
>
>███ ██ ███████
>
>Haleyville, AL 35565
>
>CEO: 205-███████
>
>FAX: 205-███████

The source told Crystal that he was "illegal" and did not have any documents to work. Crystal told the source that would not be a problem. This encounter between the source, the three Hispanic males, and Crystal Escalante was recorded using an electronic recording device. The recording has been reviewed by agents and is consistent with both the surveillance and information provided by the source.

12. On March 2, 2020, the source referenced above conducted a recorded phone call to 205-███████. During the phone call, the source spoke with Deivin regarding obtaining employment. Deivin stated he owned a business, supplying workers for contract labor and could give the source a job. He stated that the job would be driving a van to deliver workers. The source told Deivin that he is "illegal" and that he did not have papers to work. Deivin told the source that would not be an

9

issue, but that he did need a driver's license. This recording has also been reviewed by agents and is consistent with information the source provided.

13. On March 26, 2020 at approximately 10:30 PM, HSI SA Rogers conducted surveillance at Mar-Jac Poultry AL, located in Jasper, Alabama. Between the times of 10:30 PM and 11:00 PM, SA Rogers witnessed five white passenger vans enter the Mar-Jac Poultry AL parking lot located in Jasper, Alabama. SA Rogers witnessed approximately 10 Hispanic males and females exit each of the vans. Vans witnessed during this encounter are listed as follows:

    a. Alabama Tag: 33BR582, a white 2001 Chevrolet passenger van registered to J██ V██████.

    b. Alabama Tag: 67BS364, a white 2017 Ford Transit registered to Deivin Escalante.

    c. Alabama Tag: 67BN522, a white 2003 Chevrolet passenger van registered to Crystal Escalante.

    d. Alabama Tag: 67BW481, a white 2019 Ford Transit registered to Deivin Escalante.

    e. Alabama Tag: 2895BB4, a white 2013 Ford Econovan registered to C██ T██████.

14. On July 2, 2020, Special Agents of HSI, Birmingham were contacted by the Walker County, Alabama Sherriff's Office regarding a traffic stop. Agents responded to the traffic stop, resulting in the discovery of two undocumented foreign nationals who had in their possession paychecks and paycheck stub provided to them by GFE. The address listed on the paycheck stub for GFE was ███ █ ██████, Haleyville, Alabama. During the encounter, agents determined that the subjects who had been given the paychecks were using names other than what was listed on the paycheck. One of the subjects, F███████ G██████████, stated that he worked for GFE under the name J███ A█████. The other subject, D███ L██████ ████████, stated that he worked for GFE under the name F██████ L██. Both subjects were determined to be unlawfully present in the United States, having crossed the southern border from their native country of Guatemala. Both subjects were further processed at the HSI office in Birmingham, Alabama and released.

15. On September 29, 2020, between 8:00 AM and 9:00 AM, Walker County, Alabama Sherriff's Deputy Carpenter conducted a traffic stop on a white passenger van bearing Alabama Tag 67BS932 (registered to Deivin Escalante) after the vehicle failed to signal. The van had previously been seen by HSI Agents parked in the Mar-Jac parking lot at approximately 8:10 AM. The van was occupied by 15 Hispanic individuals. Deputy Carpenter received an international driver license as a form of identification from the driver, T█████ G██████████. G██████'s

11

identification indicated that he was from Guatemala. Deputy Carpenter requested assistance from HSI Special Agents who determined that G▮▮▮▮L along with the remaining 14 occupants were foreign nationals, currently present in the United States without legal status. All occupants were processed at the HSI, Birmingham, Alabama office. Two of the 15 occupants were under the age of 18 years old. One of the minors had in his possession a Tuscaloosa County School System Withdrawal notice, signed by his parent on September 19, 2020. Several of the occupants had in their possession business cards displaying the business Grand Family Enterprises LLC. contact and address information. Along with this business card, several of the occupants also had building access cards displaying the initials "CE" which agents believe are initials for Crystal Escalante, LLC.

    a. D▮▮▮▮ G▮▮▮▮▮▮▮▮'s (alien number ▮▮▮▮▮▮▮) property contained a business card for GFE with the address ▮▮▮ ▮ ▮ Haleyville, AL 35565 and C.E.O. number of 205▮▮▮▮▮▮▮. G▮▮▮▮▮-A▮▮▮▮'s property also contained a wallet sized card containing the following names for managers and phone numbers: Managers, Day – Sr. J▮▮▮ V▮▮▮▮ (205-▮▮▮▮▮▮▮), Sr. R▮▮▮ E▮▮▮▮ (205-▮▮▮▮▮▮▮); Nights – Sr. J▮▮▮▮ L▮▮▮ (205▮▮▮▮▮▮▮), Sr. J▮▮▮▮ T▮▮▮ (205▮▮▮▮▮▮▮).

b. M████ A████████'s (alien number ████████) property contained a building access card displaying the name "The Grand Family Enterprise LLC."

c. M███ P████████' (alien number ████████) property contained a building access card displaying the name "The Grand Family Enterprise LLC."

d. J███ G████████'s (alien number ████████) property contained a business card for GFE with the address ███ ██ ██ Haleyville, AL 35565 and C.E.O. number of 205-████████. G████'s property also contained a building access card containing "THE GRAND FAMILY ENTERPRISE LLC." G████'s property also contained a wallet sized card containing the following names for managers and phone numbers: Managers, Day – Sr. J███ V████ (205-████████), Sr. R███ E████ (205-████████); Nights – Sr. J███ L███ (205-████████), Sr. J███ T███ (205-████████).

e. J███ R████████'s (alien number ████████) property contained a business card for GFE with the address ███ ██ ██ Haleyville, AL 35565 and C.E.O. number of 205-████████. R████'s property also contained a wallet sized card that showed Managers and the following

13

names and phone numbers: Y▮▮ E▮▮ (205-▮▮), P▮▮ M▮▮ (205-▮▮), J▮▮ L▮▮ (205-▮▮), J▮▮ T▮▮ (202-▮▮), and J▮▮ V▮▮ (205-▮▮).

16.  While being processed by SA Diamond, M▮▮ P▮▮ (alien number ▮▮) stated his work name was "M▮▮ V▮▮" and his supervisor's name was J▮▮ L▮▮. P▮▮ stated he had worked for GFE for approximately one year. T▮▮ A▮▮ (alien number ▮▮) stated her work name was "E▮▮ A▮▮ M▮▮" and her supervisor was D▮▮ P▮▮ (phone number 205▮▮). A▮▮ stated she had worked for GFE since 2017.

17.  While being processed by SA Rogers, J▮▮ G▮▮ (alien number ▮▮) stated he worked at the chicken plant in Jasper, AL, through contractor, GFE. G▮▮ had in his possession a business card and access card with GFE information. G▮▮ stated he was paid $110 per day and was paid every Friday with a check. G▮▮ stated he travelled to work in a van owned by GFE and paid the owner of the van - "David" ESCALANTE - $40 per week to be driven to and from work each day. G▮▮ stated "David" takes the $40 out of his check each week. G▮▮ stated he worked under the name "J▮▮l N▮▮" and that name was on the checks when G▮▮ was paid. G▮▮ stated taxes

14

are taken out of his check weekly. G▮▮▮▮ stated everyone that was arrested with him works for GFE.

18.    On September 29, 2020, Special Agent Richard B. Rogers observed a white Mercedes SUV parked in the ICE parking lot located at ▮▮▮▮▮▮▮▮▮▮▮▮, Birmingham, AL 35211. ICE Security personnel approached the vehicle and identified the driver as Crystal ESCALANTE. Sometime later, SA Rogers observed Deivin Escalante walking across the parking lot to talk to three Guatemalan females just released by HSI Birmingham. HSI Acting Resident Agent in Charge (RAC) Bobby Ray Smith exited the ICE building and spoke with Deivin ESCALANTE. Deivin ESCALANTE inquired if "J▮▮▮ M▮▮▮▮" was still being held by ICE. Crystal ESCALANTE stated "no, his name is T▮▮▮▮ G▮▮▮▮▮▮▮" indicating they knew G▮▮▮▮▮▮ by both the name under which he is employed and his real name. T▮▮▮▮ G▮▮▮▮▮▮▮▮▮▮ was the driver of the vehicle stopped on September 29, 2020, by Walker County AL Sheriff Office. G▮▮▮▮▮▮▮▮▮ is an undocumented foreign national from Guatemala unlawfully present in the United States and working for GFE.

19.    Based on the above facts, the affiant believes that there is probable cause to establish that Crystal Escalante and Deivin Escalante have violated provisions of 8 U.S.C. § 1324(a)(1)(A)(ii) (knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation

of law, transports, or moves or attempts to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law;), 8 U.S.C. § 1324(a)(1)(A)(v)(I) (conspiracy to engage in violations of 8 U.S.C. § 1324(a)(1)(A)(ii)), or 8 U.S.C. § 1324(a)(1)(A)(v)(II) (aids or abets the commission of any of the preceding acts, shall be punished as provided in subparagraph (B).

Subscribed electronically and sworn to telephonically on October 21, 2020.

*Richard B. Rogers*
/s/ electronic signature
Richard B. Rogers, Special Agent
Homeland Security Investigations

Attested to by the applicant in accordance with the requirements of Federal Rule of Criminal Procedure 41 by telephone on October 21, 2020.

_____
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF ALABAMA